■ Louise Chieffo et al., Appellants, v. Hearst Corporation, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, a separate defense is asserted alleging that the female appellant was respondent's employee at the time she sustained the injuries complained of, and that her exclusive remedy is under the Workmen's Compensation Law. The appeal is from an order denying a motion under rule 109 of the Rules of Civil Practice to strike out the defense as insufficient on its face. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ Vivian D. Goodman, Individually and as Administratrix of the Estate of Harold Goodman, Deceased, and as Guardian ad Litem for Robert H. Goodman and Others, Infants, Respondent, v. Pan American World Airways, Inc., et al., Defendants, and United Aircraft Corporation, Appellant.— In an action to recover damages for wrongful death, the appeal is from an order which denied, after a hearing, appellant's motion to vacate and set aside the purported service of the summons and complaint on appellant. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur. [1 Misc 2d 959.]